**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Santiago ALCANTAR–GONZALEZ,**
**Defendant—Appellant.**

No. 07–50292.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 24, 2008.

Kendra S. McNally, Esq., Michael J. Raphael, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Santiago Alcantar–Gonzalez appeals from the district court's revocation of supervised release, and the 16–month sentence imposed.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Alcantar–Gonzalez's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.